# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| GRANT PARKER SHUMANS, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:22-cv-9 |
| v. | * |
| CHRIS C. WRIGHT, Commissioner of Georgia Department of Public Safety, | * |
| Defendant. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow a Court Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 13 day of April, 2022.

---
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)